# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:13-CR-215-HDM-(PAL) |
| MICHAEL JULIANO, | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on June 26, 2013, defendant MICHAEL JULIANO pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Count One with Making, Uttering, and Possessing a Counterfeited Security in violation of Title 18, United States Code, Section 513(a); and in Count Two with False Representation of a Social Security Number in violation of Title 42, United States Code, Section 408(a)(7)(B). Criminal Information, ECF No. 24; Change of Plea Minutes, ECF No. 21; Plea Agreement, ECF No. 26.

This Court finds defendant MICHAEL JULIANO agreed to the forfeiture of the property set forth in the Plea Agreement. Plea Agreement, ECF No. 26.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property agreed to in the Plea Agreement and the offense to which defendant MICHAEL JULIANO pled guilty. Criminal Information, ECF No. 24; Plea Agreement, ECF No. 26.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 492:

1. an ASUS laptop model U57A, serial numbers C7NOBC05865227C, Product key GMJF6-4PK99-P8D79-BB7CK-CPVM;
2. a SEAGATE GoFlex Desk Adapter USB 3.0 external hard drive, 100675058, Q12071106K2;
3. a Western Digital Scorpio Blue 500GB external hard drive, Serial Number WXB1A21X1102;
4. a Card swipe device model MSR605 w/ blank magnetic strip; and
5. a Fargo Card Printer model DTC 1000 w/ blank card stock ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MICHAEL JULIANO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>Michael A. Humphreys
>Assistant United States Attorney
>Daniel D. Hollingsworth
>Assistant United States Attorney
>Lloyd D. George United States Courthouse
>333 Las Vegas Boulevard South, Suite 5000
>Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __24th__ day of __July__, 2013.

_____
UNITED STATES DISTRICT JUDGE