|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | **UNITED STATES DISTRICT COURT** | |
| 7 | **DISTRICT OF NEVADA** | |
| 8 | UNITED STATES OF AMERICA, ) | |
| 9 | Plaintiff, ) | |
| 10 | v. ) 2:13-CR-215-HDM-(PAL) | |
| 11 | MICHAEL JULIANO, ) | |
| 12 | Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On July 24, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 492 based upon the plea of guilty by defendant MICHAEL JULIANO to the criminal offenses, forfeiting the property set forth in the Plea Agreement and shown by the United States to have the requisite nexus to the offenses to which defendant MICHAEL JULIANO pled guilty. Change of Plea, ECF No. 21; Criminal Indictment, ECF No. 24; Plea Agreement, ECF No. 26; Preliminary Order of Forfeiture, ECF No. 29.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 20, 2013, through December 19, 2013, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 36.

. . .

On November 8, 2013, The Corporation Trust Company of Nevada, Registered Agent for Wal-Mart Stores, Inc., was served by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 37, p. 3-8.

On November 8, 2013, Michael Duke, President for Wal-Mart Stores, Inc., was served by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 37, p. 9-14.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 492; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a ASUS laptop model U57A, serial numbers C7NOBC05865227C, Product key GMJF6-4PK99-P8D79-BB7CK-CPVM;
2. a SEAGATE GoFlex Desk Adapter USB 3.0 external hard drive, 100675058, Q12071106K2;
3. a Western Digital Scorpio Blue 500GB external hard drive, Serial Number WXB1A21X1102;
4. a Card swipe device model MSR605 w/ blank magnetic strip; and
5. a Fargo Card Printer model DTC 1000 w/ blank card stock.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

. . .

income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 27th day of January, 2014.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE